IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0225

_____

MONTANA ENVIRONMENTAL
INFORMATION
CENTER and SIERRA CLUB,

      Plaintiffs and Appellees and Cross-
Appellants,

    v.

MONTANA DEPARTMENT OF
ENVIRONMENTAL                      O R D E R
QUALITY AND NORTHWESTERN ENERGY,
INC.,

      Defendants, Appellants and Cross-
Appellees,

STATE OF MONTANA, by and through
the OFFICE OF THE ATTORNEY GENERAL,

      Intervenor-Defendant.

_____

This Court reviews briefs to ensure compliance with the Montana Rules of Appellate Procedure. After reviewing the Appellant/Cross-Appellee Montana Department of Environmental Quality's combined reply brief and answer to cross-appeal filed electronically on November 13, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(3) provides that an "appellant may file a brief in reply to the brief of the appellee." The Rule further provides that the M. R. App. P. 11(4) "word or page limit for reply briefs applies even if the reply brief also contains a response to a cross-appeal." M. R. App. P. 11(4)(a) provides that reply briefs, including those "which also answer a cross-appellant's principal brief," "shall not exceed 5,000 words."

Appellant/Cross-Appellee certifies its combination reply and answer brief is "7,362 words." The brief is overlength and must be resubmitted.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant/Cross-Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant/Cross-Appellee and all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
November 14 2023